UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK REPUBLICAN STATE COMMITTEE,<br><br>Nassau County Plaintiffs<br>NASSAU COUNTY REPUBLICAN COMMITTEE, COUNTY OF NASSAU, TOWN OF HEMPSTEAD, TOWN OF OYSTER BAY, TOWN OF NORTH HEMPSTEAD, JENNIFER DESENA, JOHN FERRETTI, MAZI M. PILIP, LAURA A. RYDER, ELAINE PHILLIPS,<br><br>Suffolk County Plaintiffs<br>SUFFOLK COUNTY REPUBLICAN COMMITTEE, COUNTY OF SUFFOLK, TOWN OF BROOKHAVEN, TOWN OF ISLIP, TOWN OF RIVERHEAD, TOWN OF SMITHTOWN, TOWN OF HUNTINGTON, RAHEEM SOTO, JAROD MORRIS, LAURA ENDRES,<br><br>Orange County Plaintiffs<br>COUNTY OF ORANGE, STEVEN M. NEUHAUS, LEIGH J. BENTON, BARRY CHENEY, THOMAS J. FAGGIONE, PAUL RUSZKIEWICZ, KATHY STEGENGA, JANET SUTHERLAND, and PETER V. TUOHY,<br><br>       *Plaintiffs*,<br>  v.<br><br>STATE OF NEW YORK and KATHY HOCHUL, in her official capacity as Governor of the State of New York,<br><br>       *Defendants*. | 2:25-cv-6083<br>(AYS)<br><br>**NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that the Attorney General of the State of New York, LETITIA JAMES, by HELENA LYNCH, Assistant Attorney General, of counsel, hereby appears as counsel for all Defendants without waiver or prejudice with respect to any and all applicable defenses.

All notices given in this action and all papers filed herein shall be served upon the undersigned at the address shown below.

Dated: Mineola, New York
November 20, 2025

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*
By:  s/ *Helena Lynch*
Helena Lynch
Assistant Attorney General
200 Old Country Road, Suite 240
Mineola, New York 11501
Tel. (516) 248-3312 | Helena.lynch@ag.ny.gov