UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
New York Republican State Committee at al,

        Plaintiff,

    -against-

Kathy Hochul et al,

        Defendants.
-----------------------------------------------------------X

FILED
CLERK
12/19/2025 12:01 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**RECUSAL ORDER**

25-cv-06083-JMA-AYS

The undersigned hereby recuses herself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a randomly selected District Judge.

Dated: Central Islip, New York
      December 19, 2025

SO ORDERED

  /s/ Joan M. Azrack
JOAN M. AZRACK
United States District Judge