

March 5, 2026

**Via ECF**:
The Honorable Gary R. Brown
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

Re: *Nassau New York Republican State Committee et al. v. Hochul et al.*, No. 2:25-cv-06083

Dear Judge Brown:

    We write on behalf of Plaintiffs in response to Defendants' letter-motion, dated March 5, 2026 (Dkt. No. 34), which seeks to adjourn the pre-motion conference in this matter pending the Supreme Court's decision regarding review in *Rockland County v. New York*, No. 25-836. Although Plaintiffs wish to accommodate a reasonable adjournment, we object to Defendants' request to delay in the forward progress of this matter.

    As an initial matter, Plaintiffs do not believe that the outcome of the certiorari petition will not control in this matter. The *Rockland* matter involves different plaintiffs and, critically, different claims. It does not involve the core federal claims that are the heart of this action, including the First Amendment burdens on political candidates and the vote dilution claims under Section 2 of the Voting Rights Act.

    Plaintiffs' consent to an adjournment was limited to the week of March 23, 2026. This case involves ongoing and irreparable harms of constitutional magnitude. Consideration of Defendants' anticipated motion should therefore not be put off indefinitely.

    In sum, we respectfully request that the Court deny Defendants' request for an indefinite adjournment. We ask that the conference be scheduled as soon as possible following the conclusion of Defendants' counsel's trial, subject to the Court's availability. Plaintiffs' counsel are available the weeks of March 23, 2026 and March 30, 2026.

    We appreciate the Court's consideration.

Respectfully submitted,

*/s/ William A. Brewer III*
William A. Brewer III

**BREWER, ATTORNEYS
& COUNSELORS**