

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

March 25, 2026

The Honorable Gary R. Brown
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

**Re:**     *New York Republican State Committee et al. v. Hochul et al.,* **No. 2:25-cv-06083**

Dear Judge Brown:

This Office represents Defendants State of New York and Kathleen Hochul, Governor of the State of New York, in the above-captioned matter. We write with regard to Your Honor's order dated March 6, 2026 (the "March 6 Order") granting the State Defendants' motion to adjourn the pre-motion conference (ECF No. 34) and adjourning the conference *sine die* in order to allow the Supreme Court to decide whether to grant certiorari in the matter of *Rockland County, New York et al. v. New York, et al.*, No. 25-836 (the "Rockland County Matter"). As explained in the State Defendants' March 5, 2026, motion to adjourn the pre-motion conference, the Rockland County Matter involved a challenge to the New York Court of Appeals decision in *Onondaga v. State*, which held that the Even Year Election Law (EYEL) does not violate the New York Constitution or the U.S. Constitution and imposes no form of restriction, burden, or limitation on voting. On March 23, 2026, the Supreme Court issued its decision denying certiorari in the Rockland County Matter. The New York Court of Appeals decision in *Onondaga v. State* is, accordingly, now final. Thus, pursuant to the March 6 Order, we write to propose alternative dates for the pre-motion conference.

On March 24 and 25, 2026, the parties conferred regarding alternative dates for the pre-motion conference. Plaintiffs initially proposed April 2-3 or 6-10. Counsel for the State Defendants then explained that while the undersigned counsel is available April 1, 2, 6, 14-17, and 20-24, their clients in the New York State Executive Chamber counsel's office are unavailable until May 2026.[1] During April, the Executive Chamber will be in the process of negotiating New York's budget for the fiscal year 2026, which is an extremely time-consuming process affecting nearly every aspect of New York State. It is nearly impossible to predict precisely when the budget will be finalized. As a result, representatives from the Executive Chamber will be unavailable to attend the pre-motion conference until May 2026 at the earliest. Accordingly, the undersigned counsel proposed that the pre-motion conference be held between May 4-8 or May 11-14. Plaintiffs have declined to consent to these proposed dates and have represented they are available April 2 and 14-16.

---

[1] Pursuant to Your Honor's order dated February 19, 2026, "[a] representative from the New York State Executive Chamber counsel's office shall appear at the pre-motion conference in place of Defendant Hochul." ECF No. 31.

Given that the parties have reached an impasse, the State Defendants respectfully request that the Court grant their request to schedule the pre-motion conference between May 4-8 or May 11-14. In the alternative, to the extent the Court is inclined to hold the pre-motion conference in April, the State Defendants request that the Executive Chamber's attendance be waived, the undersigned counsel's in-person attendance be deemed sufficient, and the pre-motion conference be held on one of the dates Plaintiffs are also available, which are April 2 and 14-16.

Thank you for your attention to this request.

Respectfully submitted,

s/ *Rakim Johnson*
Rakim Johnson
Assistant Attorney General
(516) 248-3253 | Rakim.Johnson@ag.ny.gov

Helena Lynch
Assistant Attorney General
(516) 248-3312 | Helena.Lynch@ag.ny.gov